# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICARDO ISAAC FATULE-ROQUE,

   Petitioner,

       v.

CRAIG A. LOWE,

   Respondent.

NO. 3:17-CV-1981

(JUDGE CAPUTO)

## ORDER

**NOW**, this 26th day of July, 2018, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Ricardo Isaac Fatule-Roque is **DENIED without prejudice**. The Clerk of Court is directed to mark the case as **CLOSED**.

                                       /s/ A. Richard Caputo
                                       A. Richard Caputo
                                       United States District Judge